IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| KIM T. TRAN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) No. 14-06004-CV-SJ-DGK-SSA |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Commissioner of Social Security, | ) |
| | ) |
|     Defendant. | ) |

**ORDER**

Pending before the Court is Plaintiff's Application for Leave to File Action without Payment of Fees with Affidavit of Financial Status in Support (Docs. 1 & 2). In her affidavit, Plaintiff states that social security benefits were received in the previous twelve months. However, Plaintiff fails to state the amount of social security benefits that were received.

In order to assist the Court in determining whether Plaintiff is indigent, Plaintiff is directed to file an amended affidavit of financial status on or before February 13, 2014, detailing the amount of social security benefits received during the period of January 2013 through January 2014.

                                                                          /s/ Greg Kays
                                                                         GREG KAYS, JUDGE
                                                                         UNITED STATES DISTRICT COURT

Date: January 14, 2014